LEWIS et al. v. PHILIP CARY CO. (Circuit Court of Appeals, Fifth Circuit. October 25, 1915.) No. 2825. Appeal from the District Court of the United States for the Southern District of Georgia; William T. Newman, Judge. Clifford L. Anderson, of Atlanta, Ga., for appellant. Henry L. Graves, of Atlanta, Ga., for appellee. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. We find no reversible error in the rulings in this case. The decree of the District Court is affirmed.

---

MINNEAPOLIS, ST. P. & S. S. M. R. CO. v. COOK. (Circuit Court of Appeals. Seventh Circuit. October 28, 1914.) No. 2087. In Error to the District Court of the United States for the Eastern District of Wisconsin. For opinion below, see 225 Fed. 905. W. A. Hayes, of Milwaukee, Wis., for plaintiff in error. D. W. McNamara, of Montello, Wis., for defendant in error.

PER CURIAM. Judgment affirmed.

---

In re SIEGEL. EDWARDS v. APTHEKER. (Circuit Court of Appeals, First Circuit. September 23, 1915.) No. 1140. In Error to the District Court of the United States for the District of Massachusetts. For opinion below, see 223 Fed. 369.

PER CURIAM. Ordered, upon confession of error by the appellee, the decree of the District Court is reversed and set aside, and the case is remitted to that court for further proceedings in accordance with law, with costs of appeal, and mandate shall issue forthwith.

---

SWIFT v. McFARLAND et al. (Circuit Court of Appeals, Fifth Circuit. October 26, 1915.) No. 2789. Appeal from the District Court of the United States for the Northern District of Georgia; William T. Newman, Judge. Charles J. Swift, of Columbus, Ga., and Daniel W. Rountree, of Atlanta, Ga., for appellant. A. W. Cozart and Lester C. Slade, both of Columbus, Ga., for appellees. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. On the controlling question on this appeal, the District Judge has elaborately stated the case (215 Fed. 452), and for the reasons given in his opinion, and the authorities there cited, we conclude that the plea of res judicata was fully sustained, and the suit properly dismissed. The decree appealed from is affirmed.

---

WEBB v. NORMAN. (Circuit Court of Appeals, Fifth Circuit. October 25, 1915.) No. 2782. Petition to Superintend and Revise from the District Court of the United States for the Northern District of Georgia; William T. Newman, Judge. Owens Johnson, of Atlanta, Ga., for petitioner. J. G. Roberts, of Marietta, Ga., for respondent. Before PARDEE and WALKER, Circuit Judges, and FOSTER, District Judge.

PER CURIAM. Having fully considered the records and briefs in this case, we conclude that in and for the reasons assigned by the District Judge (219 Fed. 349) the case was correctly ruled. The petition to superintend and revise is denied.